[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. McDonald*, Slip Opinion No. 2024-Ohio-527.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-527

THE STATE OF OHIO, APPELLEE, *v.* MCDONALD, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. McDonald*, Slip Opinion No. 2024-Ohio-527.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2023-0954—Submitted February 6, 2024—Decided February 14, 2024.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-220328, 2023-Ohio-1987.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, and BRUNNER, JJ.

STEWART, J., dissents and would order briefing on proposition of law No. II.

DETERS, J., not participating.

_____

Melissa A. Powers, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Raymond T. Faller, Hamilton County Public Defender, and Sarah E. Nelson, Assistant Public Defender, for appellant, Robert McDonald.

————————————